UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDGARDO AGUIRRE, a/k/a "Eddie Aguirre," et al.<br><br>Defendants. | Crim. No. 02-337-07 (JAG)<br><br>**ORDER** |

This matter having been opened to the Court upon the motion of defendant Edgardo Aguirre, through his counsel (Kevin McNulty, Gibbons P.C., appearing), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c), for an order terminating the two-year term of supervised release imposed upon him by this Court's judgment of October 30, 2006; and it appearing that the term of supervised release began on April 10, 2007, and has therefore been in effect for more than one year; and the Court being satisfied that such action is warranted by the conduct of the defendant released and the interest of justice; and good cause appearing therefor;

IT IS, this 14th day of October, 2008

ORDERED, pursuant to 18 U.S.C. § 3583(e)(1), that the two-year term of supervised release imposed upon defendant Edgardo Aguirre by this Court's judgment of October 30, 2006, is hereby **NOT** TERMINATED and defendant is **NOT** immediately RELEASED. [initialed JAG]

_____
HON. JOSEPH A. GREENAWAY, JR.
United States District Judge

#1313840 v1
103779-46510